No. 513. GREY ET AL. *v.* FIRST NATIONAL BANK IN DALLAS ET AL. C. A. 5th Cir. Certiorari denied. *Gerald Meyer* for petitioners. *Henry C. Coke, Jr., John N. Jackson, J. Edwin Fleming,* and *Ernest E. Figari, Jr.,* for First National Bank in Dallas; *E. Taylor Armstrong* for First National Bank in Dallas as trustee of the Morgan trust; *Royal H. Brin, Jr.,* for First National Bank in Dallas as trustee of the O'Connor trust; and *Crawford C. Martin, pro se,* and *Marvin H. Sentell,* Assistant Attorney General, for the Attorney General of Texas, respondents.

No. 516. BERBERIAN *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Bernard L. Segal* for petitioner.

No. 518. HOGAN ET AL. *v.* IVOR B. CLARK CO., INC. C. A. 2d Cir. Certiorari denied. *William G. Grant* for petitioners. *Paul H. Tannenbaum* for respondent.

No. 519. HAYUTIN *v.* UNITED STATES; and
No. 567. NASH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *Milton S. Gould* for petitioner in No. 519, and *Jerome J. Londin* for petitioner in No. 567. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States in both cases.

No. 521. DREYFUS *v.* MICHAEL REESE HOSPITAL & MEDICAL CENTER. C. A. 7th Cir. Certiorari denied. *R. Wicks Stephens II* for petitioner. *Frank D. Mayer* for respondent.

No. 523. ILLINOIS *v.* MILLER. Sup. Ct. Ill. Certiorari denied. *John J. Stamos* for petitioner. *Charles A. Bellows* for respondent.